IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:16 mc 450 |
| | ) | |
| vs | ) | **O R D E R** |
| | ) | |
| Theodore Newton | | |

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

IT IS ORDERED that the Office of the Federal Public Defender is appointed to represent the above-named defendant.

IT IS SO ORDERED.

Thomas E Rogers III
United States Magistrate Judge

November 10, 2016
FLORENCE, South Carolina